DIVISION OF PENSIONS, PLAINTIFF-RESPONDENT, v. HARRY W. LINDEMAN, DEFENDANT-APPELLANT.

Argued December 17, 1968—Decided December 23, 1968.

*Mr. Harold M. Kain* argued the cause for appellant (*Messrs. Stickel, Kain & Stickel,* attorneys).

*Mr. William J. Brennan, III,* Assistant Attorney General, argued the cause for respondent (*Mr. Arthur J. Sills,* Attorney General, attorney).

PER CURIAM.  The judgment is affirmed for the reasons expressed in the opinion of Judge Herbert in the Chancery Division, 103 *N. J. Super.* 375.

*For affirmance*—Justices JACOBS, FRANCIS, PROCTOR, HALL, SCHETTINO and HANEMAN—6.

*For reversal*—None.